LEXINGTON LAW GROUP, LLP
Mark N. Todzo (Admitted by JPML Rule 1.4)
mtodzo@lexlawgroup.com
Eric S. Somers, (Admitted by JPML Rule 1.4)
esomers@lexlawgroup.com
1627 Irving Street
San Francisco, CA 94122
Telephone: (415) 759-4111
Facsimile: (415) 759-4112
*Proposed Lead Counsel*

Christopher M. Burke (Admitted by JPML Rule 1.4)
cburke@scott-scott.com
Hal Cunningham (Admitted by JPML Rule 1.4)
hcunningham@scott-scott.com
SCOTT + SCOTT, LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
*Proposed Chair of Plaintiffs' Executive Committee*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMCAST CORP. PEER-TO-PEER (P2P) TRANSMISSION CONTRACT LITIGATION | MDL No. 1992<br>Civil Action No. 2:08-md-01922-LDD |
| THIS DOCUMENT APPLIES TO: | 09-73 |
| JON HART, On Behalf of Himself and All Others Similarly Situated, and On Behalf of the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 3:07-6350 (N.D. Cal.) (PJH)<br><br><br>**ENTRY OF APPEARANCE** |

Please enter my appearance on behalf of Plaintiff Jon Hart in the above-captioned matter.

Dated: May 26, 2009

Respectfully Submitted,

_/s/ Michael Dell'Angelo_
Michael C. Dell'Angelo (PA Bar # 80910)
Berger & Montague, P.C.
1622 Locust Street
Philadelphia PA, 19103
(215) 875-3000
mdellangelo@bm.net